UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE ADAMS,<br><br>    Petitioner,<br><br>    v.<br><br>S. HATTON,<br><br>    Respondent. | Case No. 16-cv-07238-RS (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner challenges convictions he received in the Riverside County Superior Court, which lies in the Central District. Accordingly, this action is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: December 27, 2016

                                          RICHARD SEEBORG<br>                                       United States District Judge