JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE ADAME,<br><br>    Petitioner,<br><br>v.<br><br>S. HATTON, Warden,<br><br>    Respondent. | Case No. EDCV 16-2671-JAK (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: April 11, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE